UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-CV-60311-WPD

JANICE PARSON,

      Plaintiff,

vs.

PENNYMAC LOAN SERVICES, LLC,

      Defendant.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs. The Court is respectfully requested to retain jurisdiction solely for the purpose of enforcing the settlement agreement should the need arise. *See* Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized him to affix their electronic signature to this Joint Stipulation for Final Order of Dismissal with Prejudice.

| | |
|---|---|
| */s/Anthony C. Norman*_____<br>Anthony C. Norman, Esq.<br>Florida Bar No.:  112105<br>Anthony@fight13.com<br>Loan Lawyers, LLC<br>2150 S. Andrews Ave., 2nd Floor<br>Ft. Lauderdale, FL 33316<br>Telephone:  (954) 523-4357<br>Facsimile:  (954) 581-2786<br><br>*Counsel for Plaintiff* | /s/ *Eric S. Matthew*_____<br>Eric S. Matthew<br>Florida Bar No. 0026539<br>eric.matthew@akerman.com<br>AKERMAN, LLP<br>Three Brickell City Centre<br>98 S.E. Seventh Street, Suite 1100<br>Miami, FL 33131<br>Telephone:  (305) 374-5600<br>Facsimile:  (305) 374-5095<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on November 15, 2017 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LOAN LAWYERS, LLC
*Attorneys for Plaintiff*
2150 S. Andrews Avenue, 2nd Floor
Fort Lauderdale, Florida  33316
Telephone:  (954) 523-4357
Facsimile: (954) 581-2786

*/s/ Anthony C. Norman*
Anthony C. Norman, Esq.
Florida Bar No.: 112105
anthony@fight13.com