UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-60311-DIMITROULEAS / SNOW

JANICE PARSON,

    Plaintiff,

v.

PENNYMAC LOAN SERVICES, LLC,

    Defendant.
_____/

### ORDER DISMISSING ACTION WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Stipulation for Final Order of Dismissal. [DE 24]. The Court has carefully considered Stipulation of Dismissal and is otherwise fully advised in this matter, and it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE.** Each party shall bear their own attorney's fees and costs, except as otherwise agreed.  The Clerk is directed to **CLOSE** this action and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record